UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ATLAS PARTNERS, LLC, f/k/a CROWN PARTNERS, LLC, | : : : | |
| Plaintiff, | : : | ECF Case |
| - against - | : : | 14 Civ. 7134 (VM)(FM) |
| STMICROELECTRONICS INTERNATIONAL N.V., | : : : : | <u>Rule 7.1 Statement</u> |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Atlas Partners, LLC, f/k/a Crown Partners, LLC certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated:  New York, New York
        September 12, 2014

SULLIVAN & WORCESTER LLP

By: <u>/s/Harry H. Rimm</u>
    Harry H. Rimm
    George O. Richardson, III

1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

Attorneys for plaintiff *Atlas Partners, LLC, f/k/a Crown Partners, LLC*