UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ATLAS PARTNERS, LLC, f/k/a CROWN
PARTNERS, LLC,

              Plaintiff,

              v.

STMICROELECTRONICS INTERNATIONAL
N.V.,

              Defendant.
-------------------------------------------------------- x

14 Civ. 7134 (VM) (FM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Benjamin F. Burry, hereby enters its appearance as counsel of record in the above-captioned actions for and on behalf of Defendant STMicroelectronics International N.V. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
           November 20, 2014

SIDLEY AUSTIN LLP

By:   */s/ Benjamin F. Burry*
      John J. Kuster
      Benjamin F. Burry

      787 Seventh Avenue
      New York, New York 10019
      Tel:  (212) 839-5300
      Fax:  (212) 839-5599
      jkuster@sidley.com
      bburry@sidley.com

*Attorneys for Defendant
STMicroelectronics International N.V.*