UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ATLAS PARTNERS, LLC, f/k/a CROWN :
PARTNERS, LLC, :
 :
                Plaintiff, :
 :
               v. : 14 Civ. 7134 (VM) (FM)
 :
STMICROELECTRONICS INTERNATIONAL :
N.V., :
 :
                Defendant. :
-------------------------------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant STMicroelectronics International N.V. ("ST") hereby discloses that ST has a parent corporation and controlling shareholder, STMicroelectronics N.V., which is a publicly held corporation with shares listed on the New York Stock Exchange, on Euronext Paris, and on the Borsa Italiana.

Dated:  New York, New York
         November 20, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

By:   /s/ Benjamin F. Burry
      John J. Kuster
      Benjamin F. Burry

787 Seventh Avenue
New York, New York 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
jkuster@sidley.com
bburry@sidley.com

*Attorneys for Defendant*
*STMicroelectronics International N.V.*