```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATLAS PARTNERS, LLC, F/K/A,
CROWN PARTNERS, LLC,

                Plaintiff,

      -against-

STMICROELCTRONICS, INTERNATIONAL
N.V.,

                Defendant.
-------------------------------------------------------------X

**14 CIVIL** 7134 (VM)

**JUDGMENT**

      STMicroelectronics International, N.V. ("ST") having moved to dismiss the Amended Complaint in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); Plaintiff Atlas Partners, LLC, formerly known as Crown Partners, LLC ("Crown") having filed opposition papers, and ST having replied, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on August 10, 2015, having rendered its Decision and Order granting the motion filed by defendants STMicroelectronics International N.V. to dismiss the Amended Complaint of Plaintiff Atlas Partners, LLC, formerly know as Crown Partners, LLC, in its entirety and with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 10, 2015, the motion filed by defendants STMicroelectronics International N.V. to dismiss the Amended Complaint of plaintiff Atlas Partners, LLC, formerly known as Crown Partners, LLC, in its entirety and with prejudice, is granted.

**Dated:** New York, New York
         August 11, 2015

                                    **RUBY J. KRAJICK**
                                        Clerk of Court
                         BY:
                                          **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____